## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 728 MAL 2017

           Respondent        :

                               :    Petition for Allowance of Appeal from

                               :    the Order of the Superior Court

           v.                  :

                               :

KAREEM TODD,                 :

                               :

           Petitioner          :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 30th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.